IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN SIVILS                                                          PLAINTIFF

v.                           No. 4:10-cv-2064-DPM

HAWKER BEECHCRAFT CORPORATION                          DEFENDANT

ORDER

Considering all material circumstances, Sivils's motion for voluntary dismissal without prejudice, *Document No. 36*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2012