IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN SIVILS                                                              PLAINTIFF

v.                                    No. 4:10-cv-2064-DPM

HAWKER BEECHCRAFT CORPORATION                          DEFENDANT

JUDGMENT

Sivils's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2012